BEFORE THE THIRD DIVISION, JANUARY 24, 1961

**No. 65070.**—A. V. Olsson Trading Co. and Arthur J. Fritz & Co. *v.* United States, protests 60/10206 and 60/19540 (San Francisco).

Opinion by DONLON, J. In accordance with stipulation of counsel that the merchandise consists of bread similar in all material respects to that the subject of *United States* v. *Nordic Baking & Importing Co., Inc.* (47 C.C.P.A. 78, C.A.D. 733), the claim of the plaintiffs was sustained.

**No. 65071.**—J. W. Lewis *v.* United States, protests 259230–K, etc. (Laredo).

Opinion by DONLON, J. In accordance with stipulation of counsel that the merchandise and issues are similar in all material respects to those involved in *United States* v. *The Best Foods, Inc.* (47 C.C.P.A. 163, C.A.D. 751), the claim of the plaintiff was sustained.

**No. 65072.**—The J. D. Richardson Co. and John V. Carr & Son, Inc. *v.* United States, protests 265920–K and 280022–K (Detroit).

Opinion by DONLON, J. In accordance with stipulation of counsel that the merchandise and issues are similar in all material respects to those involved in *United States* v. *The Best Foods, Inc.* (47 C.C.P.A. 163, C.A.D. 751), the claim of the plaintiffs was sustained.

**No. 65073.**—Central Cold Storage Co. et al. *v.* United States, protests 270904–K/ 7403, etc. (Chicago).

Opinion by DONLON, J. In accordance with stipulation of counsel that the merchandise and issues are similar in all material respects to those involved in *United States* v. *The Best Foods, Inc.* (47 C.C.P.A. 163, C.A.D. 751), the claim of the plaintiffs was sustained.

**No. 65074.**—Arthur J. Fritz & Co. and M. S. Cowen Co. *v.* United States, protest 285912–K (Los Angeles).

Opinion by DONLON, J. In accordance with stipulation of counsel that the merchandise and issues are similar in all material respects to those involved in *United States* v. *The Best Foods, Inc.* (47 C.C.P.A. 163, C.A.D. 751), the claim of the plaintiffs was sustained.